UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO RAMIREZ-MONROY,

                        Petitioner,

     v.

LOWELL CLARK, et al.,

                      Respondents.

Case No. C14-1075-JCC

**ORDER OF DISMISSAL**

     This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 19), the pleadings of the parties, and the balance of the record.

     Though Petitioner did not receive his requested bond hearing, he has obtained the ultimate relief that would have flowed from a favorable hearing—release from immigration detention. His claim is, therefore, moot. *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007).

     Accordingly, the Court finds and Orders as follows:

     1.     The Court **ADOPTS** the Report and Recommendation.

     2.     Respondents' motion to dismiss (Dkt. No. 9), is **GRANTED**.

     3.     Petitioner's habeas petition, (Dkt. No. 1), is **DENIED** as moot, and the action

               **DISMISSED** without prejudice.

1    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

2    DATED this 19th day of December 2014.

3

4

5

6    JOHN C. COUGHENOUR
     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2